CRIMINAL CASE INFORMATION SHEET

Pittsburgh ___      Erie ___      Johnstown  X

Related to No. U.S. v. Michael Herman      Judge Kim R. Gibson

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ___ Narcotics and Other Controlled Substances
1a. ___ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ___ Fraud and Property Offenses
2a. ___ Fraud and Property Offenses (3 or more Defendants)
3. ___ Crimes of Violence
4. ___ Sex Offenses
5. ___ Firearms and Explosives
6. ___ Immigration
7.  X  All Others

Defendant's name: ROBERT PALTROW

Is Indictment waived:   X Yes    ___ No

Pretrial Diversion:    ___ Yes    X No

Juvenile proceeding:   ___ Yes    X No

Defendant is:    X Male    ___ Female

Superseding Indictment or Information    ___ Yes    X No

Previous case number: _____

If superseding, previous case was/will be:

___ Dismissed on defendant's motion
___ Dismiss on governments' motion
___ After appellate action
___ Other (explain)

County in which first offense cited occurred: Blair

Previous proceedings before Magistrate Judge: _____

Case No. : 

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | ___ is in custody  _X_ is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ___ this charge  ___ another charge |
| | ___ another conviction |
| | ___ State  ___ Federal |
| Detainer filed: | ___ yes  ___ no |
| Date detainer filed: | _____ |
| Total defendants: | 1 |
| Total counts: | 2 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | ROBERT PALTROW |

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 & 2 | 26 U.S.C. §7206(1) | Filing a false U.S. Individual Income Tax Return | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: *April 28, 2014*

JOHN J. VALKOVCI, JR.
Assistant U.S. Attorney
PA ID No. 55339