```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-09 J |
| | ) | |
| ROBERT PALTROW | ) | Filed Electronically |

POSITION OF THE UNITED STATES
<u>WITH RESPECT TO SENTENCING FACTORS</u>

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and John J. Valkovci, Jr., Assistant United States Attorney for said district, and pursuant to Local Criminal Rule 32.C.4 of the Local Rules of this Court, respectfully represents as follows:

  1. The United States received the Presentence Report for Robert Paltrow, and subsequently conferred with opposing counsel, Mark B. Sheppard, and United States Probation Officer, Danylle M. Ford, regarding the contents of the Presentence Report.

  2. Pursuant to the Sentencing Guidelines, the United States hereby gives notice it has adopted the findings of the Presentence Report, subject to updated financial information to be provided to the Probation Officer by Mr. Paltrow.

           Respectfully submitted,

           DAVID J. HICKTON
           United States Attorney
           PA 34524

           <u>s/ John J. Valkovci, Jr.</u>
           JOHN J. VALKOVCI, JR.
           Assistant U.S. Attorney
           PA ID No. 55339

<u>CERTIFICATION</u>

I hereby certify that I have previously discussed the above matters with both counsel for Defendant and the probation officer.  The United States has no objections and has adopted the findings of the Presentence Report, subject to updated financial information to be provided to the probation officer by Mr. Paltrow.

Date: December 23, 2014         <u>s/ John J. Valkovci, Jr.</u>
                                JOHN J. VALKOVCI, JR.
                                Assistant U.S. Attorney
                                200 Penn Traffic Building
                                319 Washington Street
                                Johnstown, PA 15901
                                Phone: (814) 533-4547
                                Fax:   (814) 533-4545
                                Email: john.valkovci@usdoj.gov
                                PA ID No. 55339