IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 3:14-9 |
| v. | ) | |
| | ) | JUDGE KIM R. GIBSON |
| ROBERT PALTROW | ) | |
| | ) | |
| Defendant. | ) | |

### TENTATIVE FINDINGS AND RULINGS

AND NOW, on this **31st** day of March, 2015, the United States Probation Office having conducted a presentence investigation and submitted a Presentence Investigation Report (PSR), and both the United States and the Defendant having filed their position papers with respect to sentencing factors, the Court tentatively finds and rules as follows:

1. On April 30, 2014, Defendant pled guilty to Counts 1 and 2 of the Information at Criminal Number 3:14-9. Counts 1 and 2 charge Defendant with filing a false U.S. individual income tax return, in violation of 26 U.S.C. § 7206(1).

2. On November 18, 2014, the United States Probation Office filed a draft PSR.

3. On December 1, 2014, the United States Probation Office filed the final PSR. (ECF No. 18).

4. On December 23, 2014, the Government filed its position with respect to sentencing factors, indicating that it had adopted the findings of the PSR, subject to updated financial information to be provided to the Probation Officer by Defendant. (ECF No. 23).

5. On December 23, 2014, Defendant filed his position with respect to sentencing factors, stating he had no objection to the guideline calculation, description of the offense conduct or narrative of personal and family history portions of the PSR. Defendant further added that there had been changes to his financial condition that would be provided to the Probation Officer. (ECF No. 24).

6. On January 6, 2015, the United States Probation Office filed an addendum to the PSR, indicating Defendant's updated financial information. (ECF No. 25).

7. Defendant filed a sentencing memorandum on January 16, 2015. (ECF No. 28).

8. Defendant filed supplements to his sentencing memorandum on February 3, 2015 containing character letters in support of Defendant. (ECF Nos. 29, 30).

9. Defendant filed a further supplement on March 27, 2015. (ECF No. 33).

10. The Court tentatively adopts the PSR in its entirety. Departures and variances will be considered at the time of sentencing.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE